IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAR 10 2015

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:15cr12 OPJ-LRA

LAVONNE BOOSE                                         18 U.S.C. § 1791(a)(1)

**The United States Attorney charges:**

In or about July 2014, in Yazoo County in the Northern Division of the Southern District of

Mississippi, the defendant, **LAVONNE BOOSE**, contrary to law, did provide, and attempted to

provide, a prohibited object, to wit a telephone to an inmate at the Federal Correctional Complex

Yazoo in Yazoo City, Mississippi, in violation of Section 1791(a)(1), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney